1  AMANDA C. YEN, ESQ. (NSBN 9726)
   KRISTEN T. GALLAGHER (NSBN 9561)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  ayen@mcdonaldcarano.com
   kgallagher@mcdonaldcarano.com
5
   DARIUSH KEYHANI (*pro hac vice* to be submitted)
6  MEREDITH & KEYHANI, PLLC
   125 Park Avenue, 25th Floor
7  New York, New York 10017
   dkeyhani@meredithkeyhani.com
8
   *Attorneys for Plaintiffs LT Game (Canada) Limited*
9  *and LT Game Limited*

10

11                  **UNITED STATES DISTRICT COURT**

12                       **DISTRICT OF NEVADA**

13  LT GAME (CANADA) LIMITED and          Case No.: 2:17-cv-01015 JAD-CWH
    LT GAME LIMITED,
14                                        **MOTION TO EXTEND TIME TO FILE**
15              Plaintiffs,               **PRO HAC VICE APPLICATION OF**
                                          **NON-RESIDENT ATTORNEY DARIUSH**
    vs.                                   **KEYHANI**
16
    SCIENTIFIC GAMES CORPORATION,         **(Third Request)**
17
                Defendant.
18

19

20          Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule IA 6-1 and 11-

21  2, plaintiffs LT Game (Canada) Limited ("LT Game Canada") and LT Game Limited ("LT Game")

22  (collectively, "Plaintiff") hereby request an order granting additional time for non-resident attorney

23  Dariush Keyhani, Esq. to file his Designation of Local Counsel and Verified Petition ("Verified

24  Petition") in the above-captioned matter and asks the Court for an additional 30 days within which

25  to file the application.

26          This Motion is based upon the below Memorandum of Points and Authorities, and the

27  pleadings and papers on file herein. Plaintiff submits that no hearing is required for this Motion as

28  Defendant has not appeared in this action.

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTS

On April 7, 2017, Plaintiff, through its Nevada counsel, filed a Complaint in this matter. [ECF No. 1].  Plaintiff included on the caption Mr. Keyhani's name, as well, both out of respect to Mr. Keyhani and in anticipation of his likely eventual appearance in the matter.  While Mr. Keyhani has never actually appeared, the inclusion of his name on the Complaint triggered the court's 45-day deadline to submit a designation of local counsel.  [ECF No. 4].  Pursuant to the Notice to Counsel Pursuant to Local Rule IA 11-2, Mr. Keyhani's Verified Petition was due on May 25, 2017.  *Id.*

Subsequent to filing the Complaint, the parties began settlement negotiations.  As settlement appeared imminent, Plaintiff filed a first request to extend time to apply pro hac vice (the "First Request") on May 25, 2017 [ECF No. 7].  This Court granted the First Request on May 26, 2017 [ECF No. 8].  On July 20, 2017, Plaintiff filed its second request to extend time to apply pro hac vice (the "Second Request") [ECF No. 10] which was granted by this Court on July 24, 2017 [ECF No. 12].  Pursuant to that Order, this Court extended the deadline for Mr. Keyhani to apply for pro hac vice admission to September 7, 2017.  [ECF No. 12]

Plaintiff now moves for a 30-day extension of the time to file Mr. Keyhani's Verified Petition, and, respectfully, Plaintiff seeks this extension for good cause.  Specifically, Plaintiff seeks this extension because Plaintiff and defendant Scientific Games Corporation ("Scientific Games") have reached a settlement, in principle, and because the parties and their counsel are working on drafting and finalizing a formal, written settlement of their dispute; thus, Mr. Keyhani's appearance in this matter would be unnecessary.  Accordingly, Plaintiff respectfully requests this court extend the deadline to submit the Verified Petition by 30 days, up to and including **October 6, 2017**.

### II.    LEGAL ARGUMENT

An attorney seeking admission pro hac vice must associate with local counsel and apply for admission "within 45 days of his or her first appearance."  *See* LR IA 11-2(e).  A party seeking to extend the time with which to comply with the requirements of LR IA 11-2 must file a motion

1    "stat[ing] the reasons for the extension requested and…inform[ing] the court of all previous

2    extensions of" time to comply with LR IA 11-2 the court has granted.  *See* LR IA 6-1.  Here, there

3    are two reasons for the Court to grant this extension.

4      First, Mr. Keyhani has never "appeared" in this matter.  While Plaintiff's Nevada counsel

5    included Mr. Keyhani's name on the Complaint out of respect, Mr. Keyhani has not signed or

6    filed anything in this matter, nor has he entered an appearance in court.  Second, Plaintiff and

7    Scientific Games have reached a settlement, in principle, and believe that the execution of a formal

8    settlement agreement is imminent. Specifically, the parties are working on drafting the language

9    in the settlement agreement and request some additional time to complete the agreement.  If

10   Plaintiff is successful in settling this matter without further litigation, Mr. Keyhani's Verified

11   Petition will be unnecessary.  Thus, Plaintiff seeks this extension to save resources and the court's

12   time.

13     Accordingly, Plaintiff therefore requests this court extend the deadline for Plaintiff and

14   Mr. Keyhani to comply with the requirements of LR IA 11-2 for 30 days [**from September 7,**

15   **2017 to October 6, 2017**] to allow the parties time to finalize settlement of this matter and

16   determine whether such admission will be necessary.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests a 30-day extension of time for non-resident attorney Dariush Keyhani to submit his Verified Petition.

DATED this 31st day of August, 2017.

McDONALD CARANO LLP

By:  */s/Amanda C. Yen*
Amanda C. Yen, Esq. (NSBN 9726)
Kristen T. Gallagher, Esq. (NSBN 9561)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ayen@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Dariush Keyhani (*pro hac vice* to be submitted)
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 760-0098
dkeyhani@meredithkeyhani.com

*Attorneys for Plaintiffs LT Game (Canada) Limited and LT Game Limited*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1

**CERTIFICATE OF SERVICE**

2    I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the

3  31st day of August, 2017, a true and correct copy of the foregoing **MOTION TO EXTEND**

4  **TIME TO FILE PRO HAC VICE APPLICATION OF NON-RESIDENT ATTORNEY**

5  **DARIUSH KEYHANI (THIRD REQUEST)** was electronically filed with the Clerk of the Court

6  by using CM/ECF service which will provide copies to all counsel of record registered to receive

7  CM/ECF notification.

8

9                              */s/Jelena Jovanovic*
                              An employee of McDonald Carano LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO